IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | |
|---|---|
| MCI COMMUNICATION SERVICES, INC., <br><br> Plaintiff <br><br> v. <br><br> AMERICAN INFRASTRUCTURE-MD., INC., <br><br> Defendant | * <br> * <br> * <br> * <br> * Civil Case No.: 1:11-cv-03767 GLR <br> * <br> * <br> * <br> * <br> * |

*******************************************************************

### TABLE OF EXHIBITS TO DEFENDANT'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OR TESTIMONY FROM JASON BOYD AND IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY FROM BRIAN S. TOOLEY

Exhibit 1:   Deposition of Jason D. Boyd, P.E., LEED AP

Exhibit 2:   Curriculum Vitae of Jason D. Boyd, P.E., LEED AP

Exhibit 3:   Report of Jason D. Boyd, P.E., LEED AP

Exhibit 4:   Report of Brian S. Tooley

Exhibit 5:   Excerpts from TIA-590-A "Standard for Physical Location and Protection of Below Ground Fiber Optic Cable Plant" dated January 1997.

Exhibit 6:   Defendant's Amended Answer to Interrogatory No. 6.

Exhibit 7:   Deposition of Brian S. Tooley

Law Offices
Schmidt, Dailey & O'Neill
231 East Baltimore Street
Suite 1400
Baltimore, Maryland 21202
(410) 783-1296

October 31, 2012
Date

/s/ Jo Anna Schmidt
Jo Anna Schmidt
Federal Bar No. 10155
Schmidt, Dailey & O'Neill, LLC
231 E. Baltimore Street, Suite 1400
Baltimore, Maryland 21202
Telephone (410) 783-1296
Facsimile (410) 783-1316
jschmidt@sdolaw.com

*Attorney for Defendant, American Infrastructure-MD, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October, 2012, I electronically filed and served a copy of the foregoing Table of Exhibits on:

William J. Jackson, Esquire
Moore & Jackson, LLC
305 Washington Avenue, Suite 401
Towson, Maryland 21204
Jackson@moorejackson.com

James J. Proszek, Esquire
Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C.
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma 74103-3706
jproszek@hallestill.com

/s/ Jo Anna Schmidt
Jo Anna Schmidt

Law Offices
Schmidt, Dailey & O'Neill
231 East Baltimore Street
Suite 1400
Baltimore, Maryland 21202
(410) 783-1296