# EXHIBIT 2

(Curriculum Vitae of Jason D. Boyd, P.E., LEED AP)



1.800.780.4221
www.cedtechnologies.com

# CURRICULUM VITAE
## JASON D. BOYD, B.S.C.E., P.E., LEED AP
### Civil Engineer

**Academic Background**

Bachelor of Science - Civil Engineering, Lafayette College, 2004

**Registration and Qualifications**

Registered Professional Engineer, State of Florida, License No. 69878
Registered Professional Engineer, Commonwealth of Pennsylvania, License No. PE077415
Registered Professional Engineer, State of Maryland, License No. 39616
Registered Professional Engineer, State of Delaware, License No. 17643
LEED AP
30 Hour OSHA-1926 Construction Certification

**Professional Work History**

Civil Engineer, CED Investigative Technologies Incorporated, 2010-Present
Engineering Manager, Weaver, Boyd, Mummert & Associates, Clearwater, Florida, 2009-2010
Project Manager, Keith Zayac & Associates, Safety Harbor, Florida, 2006-2009
Project Engineer, First Capital Engineering, York, Pennsylvania, 2004-2006

**Professional Societies**

American Society of Civil Engineers (A.S.C.E.)
United States Green Building Council (USGBC)

**Areas of Expertise**

| | |
|---|---|
| Site Design | Soils Behavior |
| Construction Management | Erosion and Sediment Control |
| Utility Design and Locating | Sustainable Design (LEED Certification) |
| Storm Water Management | Building Science |
| Hydrology | Foundations |
| Grading | Roadway Design |
| Water Intrusion | Parking Lot Design |
| Vibration Analysis | Premises Liability |



Investigative Technologies Inc.

1.800.780.4221
www.cedtechnologies.com

# Fee Schedule
## Effective January 2012

### *JASON D. BOYD, B.S.C.E., P.E., LEED AP*     *$205.00 per hour*

Time:
| | |
|---|---|
| Engineers' Time: | $155.00 - $360.00 per hour |
| Research Associate and Technicians' Time: | $ 85.00 - $140.00 per hour |
| Graphic Designers' Time: | $110.00 per hour |

Engineering time is billed at the same rate for all services including; research, review, analysis, testing, inspections, depositions, trial, testimony and travel. There are no charges or administrative fees for opening or maintaining case files.

Expenses:
Normal expenses and costs will be charged to the case. These include:

| | |
|---|---|
| Mileage: | $0.68 per mile |
| Digital Photographic & CD | $0.38 per photo |
| Video recording: | $45.00 per tape |
| Large media print: | $70.00 per print |
| Laboratory usage fee: | to be specified |
| Equipment storage fee: | to be specified |
| Special equipment for testing: | at cost |
| Testing materials: | at cost |
| Travel tickets: | to be specified |
| Hotel, meals, etc.: | to be specified |

Materials and/or other specified expenditures that are required to the case will be charged at cost. Items purchased that are retained by CED and usable in other cases will not be charged. Travel costs that are incurred for this case will carry a 10% additional fee to cover administrative costs and financial obligations from the time of purchase to the time of payment from the client. Excluded from this charge are charges for mileage, tolls, parking, taxi fare and meals.

Activities are billed monthly or at the completion of a work phase. All balances are due upon receipt of invoice. Rates are subject to change without notice. Unpaid bills are charged a service fee of 1 ½ % per month for unpaid balances.

CED reserves the right to require a retainer. This retainer is a forward payment of future services for which the client has contracted, retained and agreed upon the engineer's billable rates and expenses.

If there is a question about any item on our fee schedule, please call to discuss your concern. Our ultimate goal is to provide you with the highest level of service possible.